■ In the Matter of KENNETH RUBINSTEIN, an Attorney. — The matter is referred to the Departmental Disciplinary Committee to hear and report concerning the penalty to be imposed, and pending receipt of said report, respondent is suspended from practice as an attorney and counselor at law in the State of New York effective January 24, 1984, and until the further order of this court. Concur — Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.